# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS D. DAY and KIM L. DAY,** | : | **CIVIL ACTION NO. 1:05-CV-1297** |
| | : | |
| **Plaintiffs** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 2nd day of March, 2006, upon consideration of the parties' stipulations of dismissal (Docs. 12, 17, 18, 20), averring that all claims have been settled and resolved to the satisfaction of the parties, it is hereby ORDERED that the above-captioned action is DISMISSED.  See FED. R. CIV. P. 41(a).  The Clerk of Court is directed to CLOSE this case.

                                                 /s/ Christopher C. Conner
                                                 CHRISTOPHER C. CONNER
                                                 United States District Judge